1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 ADAM JONATHAN COCCO, | Case No. 8:23-cv-00400-GW-PD |
| 12 Plaintiff, | **JUDGMENT** |
| 13 v. | |
| 14 COUNTY OF ORANGE, et al., | |
| 15 Defendants. | |
| 16 | |

17

18    Pursuant to the Order Dismissing Action for Failure to Prosecute,

19    JUDGMENT IS HEREBY entered dismissing the action without

20 prejudice.

21 Dated:  July 19, 2023

22 _____
GEORGE H. WU
23 United States District Judge

24
25
26
27
28